## Commonwealth v. Woods, Appellant.

Argued March 24, 1975. *Louis Sherman,* for appellant; *Flora E. Roomberg,* Assistant District Attorney, with her *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Zapata, Appellant.

Argued March 18, 1975. *Donald M. Moser,* with him *Peruto, Ryan & Vitullo,* for appellant; *Mark Sendrow,* Assistant District Attorney, with him *James Garrett* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth ex rel. Baskett v. Baskett, Appellant.

Argued March 20, 1975. *R. Stuart Jenkins,* with him *Schroeder, Jenkins, Raymond,* for appellant; *James E. McErlane,* with him *E. Craig Kalemjian,* and *Lamb, Windle & McErlane,* for appellees.

Order affirmed.